IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JESSE JAMES PAGAN, et al.,
on behalf of themselves
and all similarly situated
persons,

    Plaintiffs,

v.                                  Civil Action No. 3:22cv297

FANEUIL, INC.,

    Defendant.

ORDER

Having considered the MOTION TO WITHDRAW *PRO HAC VICE* AND REQUEST FOR REIMBURSEMENT OF FILING FEE (ECF No. 9), it is hereby ORDERED that the Motion (ECF No. 9) is granted. It is further ORDERED that:

(1) the APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4 (ECF No. 5) is denied as moot having been withdrawn; and

(2) the Clerk shall refund the $75.00 filing fee (receipt number AVADEDC-8375430) to Breit Biniazan, PC.

It is so ORDERED.

                                                      /s/
                                     Robert E. Payne
                                     Senior United States District Judge

Richmond, Virginia
Date: May 18, 2022