**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| JESSIE JAMES PAGAN and LILYANN DAVILA, *on behalf of themselves and all similarly situated persons,* : : : : : : Plaintiffs, : : v. : FANEUIL, INC., : : Defendant. : : | Civil Action No. 3:22-cv-297 |

## DEFENDANT'S MOTION TO DISMISS

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Faneuil Inc. moves this court to dismiss the complaint because it fails to establish subject matter jurisdiction and because it alleges insufficient facts to state a cause of action.

WHEREFORE, Defendant, respectfully requests that this Court enter an Order dismissing the complaint with prejudice.

/s/
Jonathan L. Fahey
Tate Bywater
2470 Chain Bridge Rd.
Vienna, Virginia 22181
Tel: (703) 938-5100
jfahey@tatebywater.com

James Lee (*pro hac vice*)
Boies Schiller Flexner LLP
100 SE Second Street
Suite 2800
Miami, FL 33131
jlee@bsfllp.com

1

                                                       Mark Mao (*pro hac vice*)
                                                       Boies Schiller Flexner LLP
                                                       44 Montgomery Street
                                                       41st Floor
                                                       San Francisco, CA 94104
                                                       mmao@bsfllp.com

## Certificate of Service

      I hereby certify that on the 15th of June, 2022, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

                                                        /s/_____
                                                        Jonathan Fahey