IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JESSE JAMES PAGAN, et al.,
on behalf of themselves and
all other similarly situated
persons,

    Plaintiffs,

v.                              Civil Action No. 3:22cv297

FANEIUL, INC.,

    Defendant.

**ORDER**

Having been advised that the parties have reached an agreement in principle respecting a proposed settlement of this class action, it is hereby ORDERED that the plaintiffs shall file, by September 1, 2022, the Motion for Preliminary Approval of Settlement, along with the Settlement Agreement and the appropriates notices and other forms.

A hearing on the Motion for Preliminary Approval of Settlement will be held at 1:30 p.m. on September 28, 2022.

It is further ORDERED that the DEFENDANT'S MOTION TO DISMISS (ECF No. 23) is denied as moot. The denial is without prejudice.

It is so ORDERED.

                                                    /s/
                                    Robert E. Payne
                                    Senior United States District Judge

Richmond, Virginia
Date: August ___, 2022