**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

JESSE JAMES PAGAN, LILYANN
DAVILA, and JACK COWAN, *on behalf of*
*themselves and all similarly situated persons*,

          Plaintiffs,

     v.

FANEUIL, INC.,

          Defendant.

**Civil Action No. 3:22-cv-297**

<u>**NOTICE OF SUPPLEMENTAL MATERIALS IN SUPPORT OF MOTION FOR**</u>
<u>**PRELIMINARY APPROVAL**</u>

Plaintiffs Jesse James Pagan, Lilyann Davila, and Jack Cowan ("Plaintiffs"), by and through their undersigned counsel, hereby submit the following notice of supplemental materials filed in support of Plaintiffs' Motion for Preliminary Approval (ECF 37).  The following were prepared jointly by counsel for Plaintiffs and Defendant in furtherance of the Court's direction at the Preliminary Approval hearing conducted on September 28, 2022:

1.  Revised Claim Form – redline

2.  Revised Claim Form – clean version

3.  Revised Summary Notice – redline

4.  Revised Summary Notice – clean version

5.  Revised Long Notice – redline

6.  Revised Long Notice – clean version

Dated:  October 3, 2022

By: /s/ Lee A. Floyd

Lee A. Floyd, VSB #88459
Justin M. Sheldon, VSB #82632
**BREIT BINIAZAN, PC**
2100 East Cary Street, Suite 310
Richmond, Virginia 23226
Telephone: (757) 622-6000
Facsimile: (757) 670-3939
Lee@bbtrial.com
Justin@bbtrial.com

Jeffrey A. Breit, VSB #18876
Kevin Biniazan, VSB #92019
**BREIT BINIAZAN, P.C.**
Towne Pavilion Center II
600 22nd Street, Suite 402
Virginia Beach, Virginia 23451
Telephone: (757) 622-6000
Facsimile: (757) 670-3939
Jeffrey@bbtrial.com
Kevin@bbtrial.com

David Lietz (admitted *pro hac vice*)
**MILBERG COLEMAN BRYSON**
 **PHILLIPS GROSSMAN, PLLC**
5335 Wisconsin Ave. NW, Suite 440
Washington DC  20015
Phone: (847) 208-4585
Fax:  202-686-2877
dlietz@milberg.com

M. Anderson Berry (admitted *pro hac vice*)
**CLAYEO C. ARNOLD**
**A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 239-4778
Fax: (916) 924-1829
aberry@justice4you.com

*Attorneys for Plaintiffs and the Proposed Settlement Class*

2