IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| JESSE JAMES PAGAN, LILYANN DAVILA, and JACK COWAN, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>FANEUIL, INC.<br><br>    Defendant. | Case No. 3:22-cv-297 |

**PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, EXPENSE REIMBURSEMENT, AND SERVICE AWARDS TO THE NAMED PLAINTIFFS**

Plaintiffs Jesse James Pagan, Lilyann Davila, and Jack Cowan, individually and on behalf of all others similarly situated, by and through their undersigned counsel, hereby move the Court, without opposition and pursuant to Federal Rule of Civil Procedure 23, for an entry of an order: approving requested attorneys' fees expense reimbursement in the amount of $225,000.00 and approving Service Awards in the amount of $2,000.00 for each Class Representative.

The grounds for this motion are that the proposed settlement is within the range of reasonableness to justify granting the requested attorneys' fees and expenses as well as Service Awards. This motion is based on this Motion, the Memorandum of Law in Support, the

-1-

accompanying declarations, the pleadings, and papers on file in this action, and such oral argument and documentary evidence as may be presented at the hearing on this motion.

Dated: December 13, 2022.                    Respectfully Submitted,

By: */s/ Lee A. Floyd*

LEE A. FLOYD, VSB #88459
JUSTIN M. SHELDON, VSB #82632
**BEIT BINIAZAN, P.C.**
2100 East Cary Street, Suite 310
Richmond, Virginia 23223
Telephone: (804) 351-9040
Facsimile:  (804) 351-9170
Email: Lee@bbtrial.com
Email: Justin@bbtrial.com

JEFFREY A. BREIT, VSB #18876
KEVIN BRINAZAN, VSB #92019
**BREIT BINAZAN, P.C.**
Towne Pavilion Center II
600 22nd Street, Suite 402
Virginia Beach, Virginia 23451
Telephone: (757) 622-6000
Facsimile: (757) 670-3939
Email: Jeffrey@bbtrial.com
Email: Kevin@bbtrial.com

DAVID K. LIETZ (admitted *pro hac vice*)
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
5335 Wisconsin Avenue NW, Suite 440
Washington, D.C. 20015-2052
Telephone: (866) 252-0878
Email: dlietz@milberg.com

M. ANDERSON BERRY (admitted *pro hac vice*)
**CLAYEO C. ARNOLD,**
**A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
(916) 239-4778
Email: aberry@justice4you.com

*Counsel for Plaintiffs and the Settlement Class*

## **CERTIFICATE OF SERVICE**

I certify that I caused the foregoing to be electronically filed in this case on the 13th day of December, 2022 using the Court's CM/ECF System, thereby serving it upon all counsel of record in this case.

*/s/ Lee A. Floyd*
Lee A. Floyd
