UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JESSE JAMES PAGAN, LILYANN
DAVILA, and JACK COWAN, *on behalf of themselves and all similarly situated persons*,

       Plaintiffs,

    v.

FANEUIL, INC.,

       Defendant.

Civil Action No. 3:22-cv-297

**CORRECTION TO MEMORANDUM IN SUPPORT OF
UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

       Plaintiffs Jesse James Pagan, Lilyann Davila, and Jack Cowan ("Plaintiffs") hereby submit the following correction to the Memorandum in Support of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement (ECF 48).

       On Page 12 of the Memorandum, Plaintiffs stated the following: "Also, after being sent CAFA notice and participating in a lengthy conference call with counsel for the Parties, no states' Attorney General has objected."

       The Attorneys General have not expressed any approval of or otherwise suggested that they have no concerns with the Settlement, and the reference to the telephone call with the Attorneys General was made in error.

Dated: February 10, 2023

                                          Respectfully submitted,

                                          /s/*Lee A. Floyd*

                                        Lee A. Floyd, VSB #88459
                                        Justin M. Sheldon, VSB #82632
                                        **BREIT BINIAZAN, PC**
                                        2100 East Cary Street, Suite 310
                                        Richmond, Virginia 23223

Telephone: (804) 351-9040
Facsimile: (804) 351-9170
Lee@bbtrial.com
Justin@bbtrial.com

Jeffrey A. Breit, VSB #18876
Kevin Biniazan, VSB #92019
**BREIT BINIAZAN, P.C.**
Towne Pavilion Center II
600 22nd Street, Suite 402
Virginia Beach, Virginia 23451
Telephone: (757) 622-6000
Facsimile: (757) 670-3939
Jeffrey@bbtrial.com
Kevin@bbtrial.com

David K. Lietz (admitted *pro hac vice*)
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
5335 Wisconsin Avenue NW, Suite 440
Washington, D.C. 20015-2052
Phone: (866) 252-0878
Fax: (202) 686-2877
dlietz@milberg.com

M. Anderson Berry (admitted *pro hac vice*)
Gregory Haroutunian
**CLAYEO C. ARNOLD,**
**A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 239-4778
Facsimile: (916) 924-1829
aberry@justice4you.com
gharoutunian@justice4you.com

*Attorneys for Plaintiffs and the Class*

-1-

## CERTIFICATE OF SERVICE

I certify that I caused the foregoing to be electronically filed in this case on the 10th day of February, 2023 using the Court's CM/ECF System, thereby serving it upon all counsel of record in this case.

*/s/ Lee A. Floyd*
Lee A. Floyd
