CIVIL PROCEEDINGS – U.S. DISTRICT COURT, EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION
**NON-JURY TRIAL OR MOTION HEARING MINUTE SHEET**

JUDGE:  **ROBERT E. PAYNE**     DOCKET NO.:  **3:22-CV-297**

REPORTER:  **KRISTA HARDING, OCR**     DATE:  **FEBRUARY 16, 2023**

Case Style:  JESSE JAMES PAGAN et al v. FANEUIL, INC.

Counsel for Plaintiff(s):  DAVID LIETZ, JUSTIN SHELDON

Counsel for Defendant(s):  JONATHAN FAHEY, JAMES LEE

Matter Comes on For:     ( ) BENCH TRIAL
                         (✓) MOTION HEARING:  MOTION FOR ATTORNEY FEES (ECF NO. 44); MOTION FOR SETTLEMENT APPROVAL (ECF NO. 47); MOTION TO AMEND/CORRECT (ECF NO. 49)
                         ( ) OTHER: _____

Appearances:  PARTIES          BY COUNSEL (✓) / WITH COUNSEL ( )     PRO SE ( )

Motions Before Trial:
   ( ) _____
   ( ) _____

**TRIAL PROCEEDINGS:**

WITNESSES EXCLUDED ON MOTION OF:   PLAINTIFF(S) ( )   DEFENDANTS ( )   COURT ( )

OPENING STATEMENTS MADE ( )         OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( )   RESTED ( )   MOTION ( ) _____

DEFENDANT(S) ADDUCED EVIDENCE ( )   RESTED ( )   MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )       SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )      ARGUMENTS OF COUNSEL HEARD ( )

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )    MONETARY REWARD $_____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( )    TRIAL EXHIBITS RETURNED TO COUNSEL ( )

**ADDITIONAL NOTATIONS:**
STATEMENTS HEARD BY COUNSEL; PARTIES TO TENDER REVISED PROPOSED ORDER TO COURT WITH CITATIONS INCLUDED; COURT FINDS ATTORNEYS FEES REASONABLE & REFLECTS WORK DONE IN CASE; ORDER TO ISSUE

CASE CONTINUED UNTIL _____ AT _____ FOR _____

SET:  **10:00 A.M.**   BEGAN:  **10:17 A.M.**   ENDED:  **11:18 A.M.**   TIME IN COURT:  **1 HR. 01 MIN.**

RECESSES: